CASE NO. 23-150; 23-124; 23-188

———————

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

———————

MACY'S INC.,

Petitioner/Cross-Petitioner,

v.

NATIONAL LABOR RELATIONS BOARD,

Respondent/Cross-Petitioner,

And

INTERNATIONAL UNION OF OPERATING ENGINEERS, STATIONARY ENGINEERS, LOCAL 39

Intervenor/Petitioner

———————

**MOTION FOR CLARIFICATION OF ORDER**

———————

David A. Rosenfeld, Bar No. 058163
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Intervenor/Petitioner
ATTORNEYS FOR INTERNATIONAL UNION OF OPEARTING
ENGINEERS, STATIONARY ENGINEERS, LOCAL 39

International Union of Operating Engineers, Stationary Engineers, Local 39 requests that the Court clarify its Order of March 24, 2025, that the time to file a response to the Petition for Rehearing En Banc has been extended to April 30, 2025, for Local 39 as Intervenor and Petitioner.

Dated: March 25, 2025                    Respectfully Submitted


                                         /S/ *DAVID A. ROSENFELD*
                             By:         David A. Rosenfeld
                                         WEINBERG, ROGER & ROSENFELD
                                         A Professional Corporation

                                         Attorneys for INTERNATIONAL
                                         UNION OF OPEARTING ENGINEERS,
                                         STATIONARY ENGINEERS, LOCAL
                                         39

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d)(2), the Intervenor/Petitioner certifies that its Motion contains 48 words of proportionally spaced, 14-point type, the word processing system used was Microsoft Word 365.

Dated: March 25, 2025   Respectfully Submitted

By: */S/ DAVID A. ROSENFELD*
David A. Rosenfeld
WEINBERG, ROGER & ROSENFELD
A Professional Corporation

Attorneys for INTERNATIONAL UNION OF OPEARTING ENGINEERS, STATIONARY ENGINEERS, LOCAL 39

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the ACMS system.  I certify that the participants in the case are registered ACMS users and that service will be accomplished by the ACMS system.

Dated: March 25, 2025                    Respectfully Submitted

By:   /S/ *DAVID A. ROSENFELD*
        David A. Rosenfeld
        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        Attorneys for INTERNATIONAL UNION OF OPEARTING ENGINEERS, STATIONARY ENGINEERS, LOCAL 39

3

155091\1553923