UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, STATIONARY ENGINEERS - LOCAL 39, <br><br> Petitioner, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, <br><br> Respondent, <br><br>-------------------------------------- <br><br> MACY'S INC., <br><br> Intervenor. | No. 23-124 <br><br> NLRB No. 20-CA-270047 <br><br><br> ORDER |
| MACY'S INC., <br><br> Petitioner, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, <br><br> Respondent, <br><br>-------------------------------------- <br><br> INTERNATIONAL UNION OF OPERATING ENGINEERS, | No. 23-150 <br> NLRB No. 20-CA-270047 |

| | |
|---|---|
| STATIONARY ENGINEERS - LOCAL 39,<br><br>    Intervenor. | |
| NATIONAL LABOR RELATIONS BOARD,<br><br>    Petitioner,<br><br> v.<br><br>MACY'S INC.,<br><br>    Respondent,<br><br>---------------------------------------<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, STATIONARY ENGINEERS - LOCAL 39,<br><br>    Intervenor. | No. 23-188<br>NLRB No.<br>20-CA-270047 |

Before: WALLACH, NGUYEN, and BUMATAY, Circuit Judges.[*]

Macy's Motion to Stay the Issuance of the Mandate, Dkt. No. 121, is **GRANTED**. The mandate is stayed for thirty days from the date this order is filed. If, within that period, the Clerk of the Supreme Court advises the Clerk of this Court that a petition for certiorari has been filed, then the mandate shall be further stayed until final disposition of the matter by the Supreme Court.

---

[*] The Honorable Evan J. Wallach, United States Circuit Judge for the Federal Circuit, sitting by designation.